IN THE UNITED STATES DISTRICT COURT
FOR THE SOUHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 11, 2018
David J. Bradley, Clerk

| | |
|---|---|
| JUSTIN CUNNINGHAM, § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> NANCY BERRYHILL, § <br> Acting Commissioner of § <br> Social Security Administration, § <br> *Defendant.* § | CIVIL ACTION NO. 4:17-CV-02167 |

## ORDER OF ADOPTION

On June 5, 2018, Magistrate Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 13) recommending that Plaintiff's motion for summary judgment be denied and the Commissioner's motion for summary judgment be granted. No objections have been filed. Having considered the record and law, the court hereby adopts the memorandum and recommendation as this court's order. It is therefore

ORDERED the Commissioner's decision denying Cunningham disability benefits is affirmed.

Signed at Houston, Texas, on July 10, 2018.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE